UNITED STATES BANKRUPTCY COURT
Southern District of New York

-----------------------------------------------------------x

In Re:

        800America.com, Inc.

CASE NO. 02-16323 (RDD)

ORDER FOR REIMBURSEMENT
OF UNCLAIMED DIVIDENDS

-----------------------------------------------------------x

On May 11, 2009, the Trustee filed a Trustee's Notice and Payment into the Court
for Unclaimed Funds and issued a check to the Clerk, US Bankruptcy Court, for deposit
into the Registry of the Court in the amount of $2,996.76 on behalf of Justin Scanlon. On
November 17, 2009, Justin Scanlon c/o Dilks & Knopik, LLC filed a Petition seeking
payment of this sum. The Petition and the documents attached thereto establish that
Claimant is entitled to the Unclaimed Funds. Accordingly, it is hereby

ORDERED that the Clerk, US Bankruptcy Court, shall issue a check in the amount
of $2,996.76, payable to Justin Scanlon c/o Dilks & Knopik, LLC and shall send said
check to payee at the following address: PO Box 2728, Issaquah, WA 98027.

IT IS SO ORDERED this 29th day of January, 2010.

/S/ STUART M. BERNSTEIN

United States Bankruptcy Judge

Application Submitted By:

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
Attorney-in-Fact for Justin Scanlon
PO Box 2728
Issaquah, WA 98027
(425) 836-5728